IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RJ&SW HOLDINGS, LLC d/b/a
CROWN CONCIERGE, a Florida
limited liability company

    Plaintiff,

v.                                                                                          Case No. 2:17-cv-654-FtM-38CM

CROWN CONCIERGE HOME
WATCH, INC., a Florida corporation
and CASSANDRA C. MULLANEY
an individual,

    Defendants.
_____/

## STIPULATION FOR ENTRY OF FINAL JUDGMENT AND PERMANENT INJUNCTION

Plaintiff RJ&SW Holdings, LLC ("RJ&SW") and Defendants Crown Concierge Home Watch, Inc. and Cassandra Mullaney hereby file this Stipulation for Entry of Final Judgment and Permanent Injunction and in support thereof state as follows:

1. The parties consent to the entry of a Final Judgment and Permanent Injunction for the purpose of settlement only.

2. This Court has subject matter and personal jurisdiction over this action and the parties.

3. Venue is proper in this District.

4. The parties have reached a settlement in this matter whereby, inter alia, the Defendants Consent to the entry of Final Judgment and Permanent Injunction as follows:

5. Defendants consent to a Final Order and Permanent Injunction restraining and enjoining Defendants, their representatives and persons who are in active concert or participation with them from using the servicemark CROWN CONCIERGE and/or CROWN CONCIERGE HOME WATCH and any variations thereof; or acting in any other manner which suggests in any way that Defendants' services emanate from or are somehow sponsored or affiliated with RJ&SW, and from otherwise unfairly competing with RJ&SW, misappropriating that which rightfully belongs to RJ&SW or RJ&SW's customers or, or passing off their services as RJ&SW's.

6. Defendants consent to a Final Order and Permanent Injunction restraining and enjoining Defendants, their representatives and persons who are in active concert or participation with them from infringing RJ&SW's servicemark, CROWN CONCIERGE.

7. Defendants consent to a Final Order and Permanent Injunction restraining and enjoining Defendants, their representatives and persons who are in active concert or participation with them from using in connection with Defendants' activities any false or deceptive designation, representation or description of Defendants or of their representatives' activities, whether by symbols, words, designs, or statements, which would damage or injure RJ&SW or give Defendants an unfair competitive advantage or result in deception of consumers.

8. The parties agree that each party shall pay its own attorneys' fees that have accrued on or before the execution of a Final Consent Judgment and Permanent Injunction.

9. The parties agree that if Defendants breach any term of the Final Consent Judgment and Permanent Injunction, Plaintiff shall be entitled to recover its reasonable

attorneys' fees and costs incurred in connection with the original action and any future enforcement of a Final Consent Judgment and Permanent Injunction.

10. The parties agree that this Court shall retain jurisdiction over the Final Consent Judgment and Permanent Injunction, and any applications with regard to enforcement of same shall be directed to this Court.

Dated: Jan. 18, 2018

        RJ&SW Holdings, LLC

By: _____
Edward M. Livingston
Florida Bar No.: 251879
eml@thelivingstonfirm.com

Erica L. Loeffler
Florida Bar No.: 852201
ell@thelivingstonfirm.com

THE LIVINGSTON FIRM
963 Trail Terrace Drive
Naples, FL 34103
(239) 262-8502
(239) 261-3773 Fax

Attorneys for Plaintiff
Deltona Transformer Corporation
d/b/a Deltran

Defendants Crown Concierge Home Watch, LLC
and Cassandra Mullaney

By: _____*Mullaney*_____
Cassandra Mullaney, individually and as
President of Crown Concierge Home Watch,
Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was filed electronically with the Clerk of Court by using the CM/ECF system on this 18th day of January.

I FURTHER CERTIFY that a copy of the foregoing was sent via U.S. Mail to Cassandra Mullaney at 330 19th Street NW, Naples, Florida 34120 on this 18th day of January.

*Erica L. Loeffler*
Erica L. Loeffler, Esq.

4