UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RJ & SW HOLDINGS, LLC, a Florida
limited liability company

       Plaintiff,

v.                              Case No: 2:17-cv-654-FtM-38CM

CROWN CONCIERGE HOME
WATCH, INC. and CASSANDRA C.
MULLANEY,

       Defendants.
_____/

## **FINAL CONSENT JUDGMENT AND PERMANENT INJUNCTION**[1]

This matter comes before the Court on the parties' Joint Stipulation for Entry of Final Judgment and Permanent Injunction (Doc. 9) filed on January 18, 2018. The parties also supplied the Court with a proposed final consent judgment and permanent injunction (Doc. 9-1). After review, the Court finds it appropriate to enter final judgment and a permanent injunction pursuant to the parties' request.

Accordingly, it is now

**ORDERED:**

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

(1) The parties' Joint Stipulation for Entry of Final Judgment and Permanent Injunction (Doc. 9) is **GRANTED.**

(2) Pursuant to the parties' proposed final consent judgment and permanent injunction (Doc. 9-1):

   a. Defendants Crown Concierge Home Watch, Inc. and Cassandra Mullaney, their representatives and persons who are in active concert or participation with them are restrained and enjoined from using the servicemark CROWN CONCIERGE and/or CROWN CONCIERGE HOME WATCH and any variations thereof; or acting in any other manner which suggests in any way that Defendants' services emanate from or somehow sponsored or affiliated with RJ&SW, and from otherwise unfairly competing with RJ&SW, misappropriating that which rightfully belongs to RJ&SW or RJ&SW's customers, or passing off their services as RJ&SW's.

   b. Defendants Crown Concierge Home Watch, Inc. and Cassandra Mullaney, their representatives and persons who are in active concert or participation with them are restrained and enjoined from infringing RJ&SW's servicemark, CROWN CONCIERGE.

   c. Defendants Crown Concierge Home Watch, Inc. and Cassandra Mullaney, their representatives and persons or agents of them are restrained and enjoined from using in connection with Defendants' activities any false or deceptive designation, representation or description of Defendants or of their representatives' activities, whether

by symbols, words, designs, or statements, which would damage or injury RJ&SW or give Defendants an unfair advantage or result in deception of consumers.

(3) Each party shall pay its own attorneys' fees that have accrued on or before the execution of this Consent Judgment and Permanent Injunction.

(4) If Defendants breach any term of this Consent Judgment and Permanent Injunction, Plaintiff shall be entitled to recover its reasonable attorneys' fees and costs incurred in connection with the original action and any future enforcement of this Consent Judgment and Permanent Injunction.

(5) This Court shall retain jurisdiction over the Final Consent Judgment and Permanent Injunction, and any applications with regard to enforcement of same shall be directed to this Court.

(6) The Clerk is **DIRECTED** to terminate any pending motions, terminate any scheduling deadlines, and close this case.

**DONE** and **ORDERED** in Fort Myers, Florida this 24th day of January, 2018.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record